# Court of Appeals
# of the State of Georgia

ATLANTA, July 29, 2026

*The Court of Appeals hereby passes the following order:*

## A27E0004. JOHNNIE THERESA MOORER v. GUADALUPE GARCIA VEGA.

Appellant Johnnie Theresa Moorer has filed an emergency motion in this Court, seeking a stay of the proceeding below. Our power to issue emergency orders "shall be exercised sparingly." Court of Appeals Rule 40(b). Upon review of Moorer's motion, it is hereby DENIED.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,* 07/29/2026

  *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

  *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*